JACQUELYN BRESLOW, *ET AL.*, PLAINTIFFS-PETITION-ERS, v. EMANUEL BORAKS, DEFENDANT-RESPONDENT.

*Messrs. Marcus & Levy* and *Mr. Harry C. Chashin* for the petitioners.

*Mr. Samuel A. Gennet* for the respondent.

March 15, 1966. Denied.

DR. WALTER N. MILLER, *ET ALS.*, PLAINTIFFS-PETITION-ERS, v. TOWN OF BLOOMFIELD, *ET ALS.*, DEFEND-ANTS-RESPONDENTS.

*Mr. David A. Rappaport* and *Mr. Herman W. Kapp* for the petitioners.

*Mr. Joseph D. Lintott* for the respondents.

March 15, 1966. Denied.

JOHN H. O'LOUGHLIN, PLAINTIFF-RESPONDENT, v. PENN-SYLVANIA RAILROAD COMPANY, DEFENDANT-PETI-TIONER.

*Messrs. Strong & Strong* for the petitioner.

*Messrs. Jacob, Alfred & Richard Levinson* for the respondent.

March 15, 1966. Denied.